UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)    No. 2:10-cr-136-DBH-03<br>HASAN WORTHY, )<br>)<br>         Defendant ) | |

ORDER

The defendant Hasan Worthy has filed a motion to dismiss the Fourth Superseding Indictment in this case on the grounds that his right to a speedy trial has been denied. (ECF No. 618). In footnote 1 of the government's response to the defendant's motion, (ECF No. 622), the government acknowledges that it has the burden of establishing the excludable time pursuant to the Speedy Trial Act, but it did not provide the court with its analysis.

It is hereby **ORDERED** that the government provide the court and counsel with its analysis no later than 5:00 p.m. on July 13, 2012.

**SO ORDERED.**

**DATED THIS 12TH DAY OF JULY, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**