UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:10-CR-136-DBH-03 |
| | ) |
| HASAN WORTHY, | ) |
| | ) |
| DEFENDANT/PETITIONER | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On February 8, 2016, the United States Magistrate Judge filed with the court, with a copy to the petitioner, his Recommended Decision on the defendant/ petitioner's request for an enlargement of time to file a petition under 28 U.S.C. § 2255. The time within which to file objections expired on February 25, 2016, and no objection has been filed. The Magistrate Judge notified the petitioner that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petitioner's motion for enlargement of time to file a petition for habeas relief under 28 U.S.C. § 2255 is **DENIED**.

**SO ORDERED.**

**DATED THIS 7TH DAY OF MARCH, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**